No. 10-5996. Joseph Gideon Hancock, Petitioner v. Edmund G. Brown, Jr., Attorney General of California, et al.

562 U.S. 985, 131 S. Ct. 444, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8299.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 777.

No. 10-5997. Cisco James Hartsch, Petitioner v. California.

562 U.S. 985, 131 S. Ct. 422, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8253.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 472, 110 Cal. Rptr. 3d 673, 232 P.3d 663.

No. 10-6007. Terrance Lavar Davis, Petitioner v. Tennessee.

562 U.S. 985, 131 S. Ct. 423, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8233.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Tennessee, Middle Division, denied.

Same case below, 313 S.W.3d 751.

No. 10-6008. Karen Williamson, Petitioner v. Joe Walker.

562 U.S. 985, 131 S. Ct. 423, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8257.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 376.

No. 10-6009. Jason Richard-Charles Clem, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.

562 U.S. 986, 131 S. Ct. 423, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8214.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 342.

No. 10-6052. Clifton Phillips, Petitioner v. David Rock, Superintendent, Upstate Correctional Facility.

562 U.S. 986, 131 S. Ct. 423, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8238.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6096. Randolph Mansoor Greer, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 986, 131 S. Ct. 424, 178 L. Ed. 2d 330, 2010 U.S. LEXIS 8207.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 373.